Christopher J. Caine #168500
THE CAINE LAW FIRM
1365 N. Van Ness Ave.
Fresno, CA 93728
Telephone: (559) 266-4529
Fax: (559) 266-4533

Attorney for Defendant

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>EDILBERTO VIDRIO,<br><br>　　　　　Defendant. | Case No: **1:19-cr-0090-LJO**<br><br>**STIPULATION AND ORDER FOR A CONTINUANCE**<br><br><br><br>Date: 7/29/19<br>Time: 2:00 P.M.<br>Dept: Duty Magistrate |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE ERICA P. GROSJEAN, AND LAUREL MONTOYA, ASSISTANT UNITED STATES ATTORNEY:

　　The Defendant, EDILBERTO VIDRIO, by and through his attorney of record, CHRISTOPHER J. CAINE, hereby requests a continuance to complete bond matters.

　　Mr. Vidrio is scheduled for a status review regarding the property bond on July 8, 2019. Mr. Vidrio and Assistant United States Attorney, Laurel Montoya, stipulate to the following: continue the status review regarding the property bond hearing date to July 29, 2019 at 2:00 P.M. due to complex issues regarding the property bond such as: there are eight owners named on the Deed and three of those have spouses that have to relinquish ownership rights to the property in order to have clear title.

///

///

///

///

///

**IT IS SO STIPULATED.**

DATED: 7/1/19                    Respectfully submitted,


      /S/ Christopher J. Caine
Christopher J. Caine #168500
THE CAINE LAW FIRM
Attorney for Defendant


DATED: 7/1/19

      /S/ Laurel Montoya
Laurel Montoya
Assistant U.S. Attorney

## **ORDER**

**IT IS SO ORDERED** that the status hearing regarding the property bond be continued to July 29, 2019 at 2 p.m. before Magistrate Judge Stanley A. Boone.

IT IS SO ORDERED.

Dated: **July 2, 2019**           /s/ Erica P. Grosjean
                                                  UNITED STATES MAGISTRATE JUDGE