PHILLIP A. TALBERT
United States Attorney
LAUREL J. MONTOYA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>           v.<br><br>EDILBERTO VIDRIO,<br><br>                    Defendant. | CASE NO. 1:19-CR-00090-JLT-SKO<br><br>STIPULATION TO CONTINUE SENTENCING HEARING DATE; ORDER<br><br>DATE: February 26, 2024<br>TIME: 9:00 a.m.<br>COURT: Hon. Jennifer L. Thurston |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant Vidrio's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentncing on February 26, 2024.

2. By this stipulation, defendant and government now move to continue the sentencing date to May 6, 2024.

3. The parties agree and stipulate, and request that the Court find the following:

    a) Counsel for the government needs additional time to investigate and confirm defendant Vidrio's eligibility for safety valve relief. Additional records need to be reviewed in order to make that determination. Once that determination has been made, counsel for defendant Vidrio needs time to prepare a sentencing memorandum.

    b) Counsel for the government and counsel for defendant Vidrio respectfully request

that this request be granted as it affects the sentencing options.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated: February 23, 2024 | PHILLIP A. TALBERT<br>United States Attorney<br><br>/s/ LAUREL J. MONTOYA<br>LAUREL J. MONTOYA<br>Assistant United States Attorney |
| Dated: February 23, 2024 | /s/ CHRISTOPHER CAINE<br>CHRISTOPHER CAINE<br>Counsel for Defendant<br>EDILBERTO VIDRIO. |

### FINDINGS AND ORDER

IT IS SO FOUND that the ends of justice are served by requested continuance.

IT IS ORDERED that the sentencing set for February 26, 2024 is continued to May 6, 2024 at 9:00 a.m.

IT IS SO ORDERED.

Dated:   **February 23, 2024**

UNITED STATES DISTRICT JUDGE